AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of The Virgin Islands

| | |
|---|---|
| RUBY URGENT <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES MARSHALS SERVICE <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  13-CV-91 |

2013 SEP -6  AM 6:09
US ATTORNEY'S OFFICE
ST. CROIX VI
RECEIVED

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Ronald Sharp, Esquire
United States Attorney
1108 King Street, Suite 201
Christiansted, VI 00820

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vincent Colianni, II
Colianni Colianni & Alvis, LLC.
1138 King Street
Christiansted, VI 00820
(340) 719-1766

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GLENDA L. LAKE, ESQ.
*CLERK OF COURT*

Date:  08/28/2013                                                  *[signature]*
                                                                *Signature of Clerk or Deputy Clerk*

FRANCES Budhoo-TORRES
F.B.
PARALEGAL Specialist
9/6/13

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 13-CV-91

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) RONALD SHARP, U.S. ATTORNEY
was received by me on (date) 9.6.13.

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) FRANCES BUDHOO-TORRES, who is designated by law to accept service of process on behalf of (name of organization) PARALEGAL SPECIALIST on (date) 9.6.13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9.6.13

_Natnael Santos_
Server's signature

NATHANAEL SANTOS (PROCESS SERVER)
Printed name and title

P.O. BOX 1664 KINGSHILL, V.I. 00851
Server's address

Additional information regarding attempted service, etc: