```
          IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                      DIVISION OF ST. CROIX

RUBY URGENT                        :       CIVIL ACTION
                                   :
        v.                         :
                                   :
UNITED STATES MARSHALS SERVICE     :       NO. 13-91
```

ORDER

AND NOW, this 1st day of March, 2016, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendant United States Marshals Service for summary judgment (Doc. # 31) is GRANTED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    J.