```
          IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                     DIVISION OF ST. CROIX


RUBY URGENT                       :        CIVIL ACTION
                                  :
        v.                        :
                                  :
UNITED STATES MARSHALS SERVICE    :        NO. 13-91
```

JUDGMENT

AND NOW, this 1st day of March, 2016, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that judgment is entered in favor of defendant United States Marshals Service and against plaintiff Ruby Urgent.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                                     J.